JASON M. WUCETICH (STATE BAR NO. 222113)
jason@wukolaw.com
DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
dimitri@wukolaw.com
WUCETICH & KOROVILAS LLP
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201

Attorneys for Plaintiff
DAVID RODRIGUEZ, as an individual and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ, as an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REGAL MEDICAL GROUP, INC.; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:23-cv-01185-AB-SP <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> Assigned to the Hon. Andre Birotte Jr. Courtroom 7B <br><br> Date Filed: February 16, 2023 <br> Trial Date: Not set <br><br> <u>DEMAND FOR JURY TRIAL</u> |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff David Rodriguez, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Regal Medical Group, Inc., without prejudice.

Dated: March 9, 2023

WUCETICH & KOROVILAS LLP

By: /s/ Jason M. Wucetich
JASON M. WUCETICH
Attorneys for Plaintiff
DAVID RODRIGUEZ,
individually and on behalf of
all others similarly situated

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

Dated: March 9, 2023

WUCETICH & KOROVILAS LLP

By: /s/ Jason M. Wucetich
JASON M. WUCETICH
Attorneys for Plaintiff
DAVID RODRIGUEZ,
individually and on behalf of
all others similarly situated

- 3 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE